THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM ROSEN, Appellant.

Argued May 23, 1944; decided June 14, 1944.

*Saul L. Harris, Raymond Zeitz* and *William Roth* for appellant.

*Thomas Cradock Hughes, District Attorney (William I. Siegel* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence is not sufficient to sustain the finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS and THACHER, JJ. Dissenting: LOUGHRAN, CONWAY and DESMOND, JJ.